IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JULIA GREVIOUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv1006-MHT |
| | ) | (WO) |
| MONTGOMERY HOUSING | ) | |
| AUTHORITY, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION AND ORDER

Plaintiff Julia Grevious filed a *pro se* complaint in state court complaining that defendant Montgomery Housing Authority improperly inspected her unit without notice of permission in an effort to find a reason to evict her, breached her privacy rights, and after she filed suit about the improper inspections, retaliated against her. The Housing Authority removed the case to this court pursuant to 28 U.S.C. §§ 1331 and 1441 asserting that this court has subject-matter jurisdiction because Grevious's complaint arises under federal law. Grevious moved to remand, asserting that

she had not raised any claims under federal law. At an on-the-record hearing on March 8, 2019, counsel, who appeared for Grevious after removal, agreed that Grevious is asserting only state-law claims, that Grevious has not asserted, is not asserting, and will not assert any federal claim, and that this understanding is the law of the case.

***

Accordingly, it is ORDERED that:

(1) Plaintiff Julia Grevious's motion to remand (doc. no. 7) is granted.

(2) Pursuant to 28 U.S.C.A. § 1447(c), this cause is remanded to the Circuit Court of Montgomery County, Alabama, for want of subject-matter jurisdiction.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

This case is closed in this court.

DONE, this the 8th day of March, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**